NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ALMONDNET, INC.,**
*Appellant*

**v.**

**META PLATFORMS, INC.,**
*Appellee*

———————————

2024-1834

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01436.

———————————

## JUDGMENT

———————————

JAMES MILKEY, Russ August & Kabat, Los Angeles, CA, argued for appellant. Also represented by MARC A. FENSTER, DANIEL B. KOLKO, JONATHAN MA, REZA MIRZAIE, PHILIP WANG.

PHILLIP EDWARD MORTON, Cooley LLP, Washington, DC, argued for appellee. Also represented by HEIDI LYN KEEFE, ANDREW CARTER MACE, MARK R. WEINSTEIN, Palo Alto, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 13, 2026
Date

Jarrett B. Perlow
Clerk of Court